JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BOSHIER GROUP CORP and RICARDO BOFFI,<br><br>       Defendants. | Case No. 8:24-cv-02032-FWS-DFM<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

## **JUDGMENT**

On January 23, 2025, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Boshier Group Corp and Defendant Ricardo Boffi (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$169,039.44**, which represents the sum of $154,306.41 in compensatory damages; $7,443.91 in prejudgment interest; $6,686.12 in attorney fees; and $603.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated: January 23, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE